In the Matter of the Petition of HYMAN SONN and HENRY SONN, Appellants, to Compel MARY E. CASTELLANO, Respondent, to Render and Have Judicially Settled Her Account as Administratrix de Bonis Non of PHILIP

MONAGHAN, Deceased.— Order of the Surrogate's Court of Kings county affirmed, without costs. No opinion. Jenks, P. J., Thomas, Stapleton, Rich and Blackmar, JJ., concurred.